■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL A. WAINWRIGHT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Sirkin, J.—Felony Driving While Intox-

1070

icated.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.